# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-1689
_____

DANIEL CARROLL LEVASSEUR,

Appellant,

v.

CASSIE LYNN LEVASSEUR,

Appellee.

_____

On appeal from the Circuit Court for Bradford County.
Stanley H. Griffis, III, Judge.

April 18, 2018

PER CURIAM.

AFFIRMED. *See Frost v. Frost*, 227 So. 3d 227, 227 (Fla. 1st DCA 2017) ("This court has consistently held that absent fundamental error, we will not address legal issues not presented to the trial court.").

ROWE, RAY, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Daniel Carroll LeVasseur, pro se, Appellant.

No appearance for Appellee.

2